**FILED**
VANESSA L. ARMSTRONG, CLERK
NOV 04 2019
U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
Western District of Kentucky

## EXHIBIT INVENTORY

Case Number: __3:19MJ-729__   Style of Case: __USA V. JOSEPH SAMIR__
Received from: __T. Burch__   Received by: __[signature]__   Date: __11/4/2019__
Proceedings: __Preliminary & Detention Hearing 11/1/2019__

| NUMBER | DESCRIPTION | NUMBER | DESCRIPTION |
|---|---|---|---|
| USA 1 | 19-F-01871 JEFF DISTRICT COURT DOCKET | | RE COMMONWEALTH V. ZAKHARI |
| USA 2-5 | PHOTOS | | |

NOTES: _____

**DISPOSITION OF EXHIBITS:**

ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
ITEMS: _____
RECEIVED BY: _____ DATE: _____
RETURNED BY: _____ DATE: _____
OTHER DISPOSITION: _____
DATE: _____ RETURNED BY: _____, Deputy Clerk