## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

UNITED STATES OF AMERICA                  **PLAINTIFF**

V.             **CRIMINAL ACTION NO.  3:19MJ-729**

JOSEPH SAMIR ZAKHARI           **DEFENDANT**

### <u>ORDER</u>

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on November 1, 2019 for a preliminary and detention hearing.   The defendant was present, in custody, with Scott Cox, retained counsel. Assistant United States Attorney Jo E. Lawless was present on behalf of the United States.  The proceeding was digitally recorded.

At the request of counsel, a preliminary hearing was held.  The Court heard sworn testimony of a witness and arguments of counsel, and for the reasons fully stated on the record, found probable cause to believe the defendant committed the offense charged in the Complaint.

**IT IS HEREBY ORDERED** that should the Grand Jury return a true bill, this case is scheduled for arraignment proceedings on **<u>November 21, 2019 at 9:30 a.m.</u>** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

The Court heard arguments of counsel as to the matter of detention and for the reasons stated on the record,

**IT IS FURTHER ORDERED** that the defendant is released on a $25,000 unsecured bond with an order setting conditions of release.

November 4, 2019

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel, USP

2|00